BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
MICHELLE A. PRINCE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

THOMAS E. PEREZ
Assistant Attorney General
CHIRAAG BAINS
Trial Attorney
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-3204

FILED
DEC 05 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )  CR. NO. 2:12-CR--423 GEB
                                  )
              Plaintiff,          )  VIOLATIONS: 18 U.S.C. § 242 -
                                  )  Deprivation of Rights Under
      v.                          )  Color of Law; 18 U.S.C. §
                                  )  1512(b)(3)- Obstruction of
BRYAN ROBERT BENSON,              )  Justice; 18 U.S.C. §§ 1519,
                                  )  2(b) (False Entry in
              Defendant.          )  Record/Document)
                                  )
_____)

INDICTMENT

COUNT ONE:   [18 U.S.C. § 242 - Deprivation of Rights Under
             Color of Law]

The Grand Jury charges: T H A T

BRYAN ROBERT BENSON,

defendant herein, on or about May 29, 2010, in Shasta County,

within the State and Eastern District of California, while acting

under color of law as an Anderson Police Department police officer, willfully subjected K.H. to the deprivation of a right secured and protected by the Constitution and laws of the United States, that is, the right to be free of unreasonable searches and seizures, by sexually assaulting K.H., resulting in bodily injury, and including aggravated sexual abuse and attempted aggravated sexual abuse and kidnapping and attempted kidnapping, in violation of Title 18, United States Code, Section 242.

COUNT TWO: [18 U.S.C. § 1512(b)(3) - Obstruction of Justice]

The Grand Jury further charges: T H A T

BRYAN BENSON,

defendant herein, on or about May 29, 2010, in Shasta County, within the State and Eastern District of California, knowingly attempted to and did intimidate and corruptly persuade K.H. not to report the sexual assault referenced in Count One and not to identify the defendant as the perpetrator of that assault, with intent to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a federal offense, specifically, the defendant's sexual assault of K.H. under color of law, all in violation of Title 18, United States Code, Section 1512(b)(3).

COUNT THREE: [18 U.S.C. § 1519 - False Entry in Record/Document]

The Grand Jury further charges: T H A T

BRYAN BENSON,

defendant herein, on or about May 29, 2010, in Shasta County, within the State and Eastern District of California, with the intent to impede, obstruct and influence the investigation and

1. proper administration of a matter within the jurisdiction of the
2. Federal Bureau of Investigation, an agency of the United States,
3. did knowingly cause a false entry to be made by L.J. in a record
4. and document, namely that BENSON had arrived at the Shasta County
5. jail with K.H. about eight minutes before BENSON actually arrived
6. at the jail with K.H., in violation of Title 18, United States
7. Code, Sections 2(b) and 1519.

A TRUE BILL.



FOREPERSON

/s/ Benjamin Wagner
BENJAMIN B. WAGNER
United States Attorney

No. _____ 2:12 - CR - - 423 GEB _____

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

---

THE UNITED STATES OF AMERICA

vs.

**BRYAN ROBERT BENSON**

---

INDICTMENT

**VIOLATION(S):**
18 U.S.C. § 242 - Deprivation of Rights Under Color of Law;
18 U.S.C. § 1512(b)(3) - Obstruction of Justice;
18 U.S.C. §§ 1519, 2(b) False Entry in Record/Document

---

*A true bill,*

/s/ Signature on file w/AUSA

_____
                                                           *Foreman.*

---

*Filed in open court this* \_\_\_\_\_ 5 \_\_\_\_\_ *day*

*of* DECEMBER \_\_\_\_\_, A.D. 20 12 \_\_

_____
                                                           *Clerk.*

---

*Bail, $* _____

**NO BAIL WARRANT**

_____

GPO 863 525



**SEALED**

PENALTY SLIP

**BRYAN ROBERT BENSON**

**COUNT ONE**

2:12 - CR - - 4 2 3 GEB

VIOLATION: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law
PENALTY: Life Imprisonment,
NMT $250,000 Fine; or both;

**COUNT TWO**

VIOLATION: 18 U.S.C. § 1512(b)(3) – Obstruction of Justice
PENALTY: NMT 20 Years Imprisonment,
NMT $250,000 Fine; or both;

**COUNT THREE**

VIOLATION: 18 U.S.C. § 1519, 2(b) – False Entry in Record/Document
PENALTY: NMT 20 Years Imprisonment,
NMT $250,000 Fine; or both;

CRIMINAL
FORFEITURE: As alleged in the Indictment

ASSESSMENT: $100 special assessment for each count.