BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

FILED

DEC 0 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:12 - CR - - 4 2 3 GEB  |
|---|---|
| Plaintiff, | ) CR. NO. |
| v. | ) ORDER TO SEAL |
|  | ) (UNDER SEAL) |
| BRYAN ROBERT BENSON, | ) |
| Defendant. | ) **SEALED** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney R. Steven Lapham to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 12-5-2012

EDMUND F. BRENNAN
United States Magistrate Judge

3