

1  Paul Q. Goyette, SB #137250
   Gary Lee Lacy, SB #108444
2  GOYETTE & ASSOCIATES, INC.
   2366 Gold Meadow Way, Suite 200
3  Gold River, CA 95670
   916-851-1900
4  916-851-1995 Facsimile

5

6  Attorneys for Defendant BRYAN ROBERT BENSON

7

8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   )   Criminal Case No. 2:12-CR-423-GEB
12          Plaintiff,             )
                                   )   **STIPULATION RE: MODIFICATION**
13 vs.                             )   **OF DEFENDANT'S TERMS OF**
                                   )   **RELEASE**
14                                 )
                                   )
15 BRYAN ROBERT BENSON,            )
                                   )
16          Defendant.             )
                                   )
17 _____ )

18       On February 12, 2013, the Court ordered Defendant Bryan Robert Benson released on

19 $175,000 bond, secured by $50,000 of equity in the property of parents Bob and Carol Benson,

20 and $125,000 of equity in the property of grandparents Kurt and Joanne Benson. Defendant

21 released to the third-party custody of parents Bob and Carol Benson. Defendant's release

22 pending the posting of property and all fully executed forms. Additional conditions of release

23 stated on the record.

24       Subsequently, the Defendant was unable to secure ample equity in the properties of the

25 parents and grandparents. As a result, the parties hereby agree and stipulate as follows:

26       Defendant to be released on $175,000 bond, secured by $40,000 of equity in the property

27 of the parents Bob and Carol Benson, and $135,000 of equity in the property of Louis H.

28

-1-
Stipulation re: modification of Defendant's Terms of Release

1  Walton, Jr. Mr Walton is Defendant's step-grandfather. All other conditions remain
2  unchanged.
3      IT IS HEREBY STIPULATED:
4  Dated: April 5, 2013

By: *(signed)* Lee S. Bickley, Assistant U.S. Attorney for R. Stephen Lapham
R. Stephen Lapham
Assistant U. S. Attorney
United States Attorney

Dated: April 4, 2013

By: *(signed)*
Gary L. Lacy, Esq.
Attorney for Defendant, BRYAN ROBERT BENSON

**ORDER**

IT IS SO ORDERED.
April 9, 2013

By: *(signed)*
~~Judge Carolyn K. Delaney~~
Magistrate Judge
Edmund F. Brennan

Stipulation re: modification of Defendant's Terms of Release