```
FILED
April 9, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRYAN ROBERT BENSON, ) <br> ) <br> Defendant. ) | Case No. 2:12-cr-00423-GEB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRYAN ROBERT BENSON, Case No. 2:12-cr-00423-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_\_\_   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $175,000.00.

        \_\_\_\_   Unsecured Appearance Bond

        _X_   Secured Appearance Bond

        _X_   (Other) Conditions as stated on the record.

        \_\_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4/9/2013 at 3:55 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge