Paul Q. Goyette, SB #137250
Gary Lee Lacy, SB #108444
GOYETTE & ASSOCIATES, INC.
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
916-851-1900
916-851-1995 Facsimile

Attorneys for Defendant BRYAN ROBERT BENSON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0423-GEB |
| Plaintiff, | **STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANT'S TERMS OF RELEASE** |
| vs. | |
| BRYAN ROBERT BENSON, | |
| Defendant. | |

On February 12, 2013, the Court ordered Defendant Robert Benson released on $175,000.00 bond secured by real property. Additional conditions of release were stated on the record including, but not limited to, Defendant's participation in a monitoring program.

On or about July 3, 2013, Chief Judge Morrison C. England, Jr. made a decision to have Pretrial Services terminate use of GPS and an alternative monitoring program installed. As a result, the parties hereby agree and stipulate that condition #14 of Defendant's release be modified as follows:

Defendant shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in Defendant's residence and a radio frequency transmitter device attached to your [Defendant's] person. Defendant

1 shall comply with all instructions for the use and operation of said devices as
2 given to Defendant by the Pretrial Services Agency and employees of the
3 monitoring company.  Defendant shall pay all or part of the costs of the program
4 based upon your ability to pay, as determined by the pretrial services officer;

5      HOME DETENTION: Defendant is hereby restricted to his residence at all
6 times except for employment; education; religious services; medical, substance
7 abuse, or mental health treatment; attorney visits; court appearances; court-
8 ordered obligations; or other activities pre-approved by the pretrial services
9 officer.

10      IT IS HEREBY STIPULATED.

11 Dated: July 8, 2013

By: _____
R. Steven Lapham
Assistant U.S. Attorney
United States Attorney

Dated: July 8, 2013

By: _____
Paul Q. Goyette, Esq.
Attorney for Defendant BRYAN ROBERT BENSON

**ORDER**

IT IS SO ORDERED.

DATED:  July 9, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation Re: Modification of Defendant's Terms of Release