BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO. 2:12-cr-0423 GEB |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING ON |
| v.   ) | DEFENDANT'S DISCOVERY |
| ) | MOTION |
| BRYAN ROBERT BENSON,   ) | |
| ) | |
| Defendants.   ) | |
| _____) | |

   IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, that the hearing on defendant's Motion for Discovery, currently set for July 19, 2013, may be continued to August 2, 2013 at 2:00 p.m.

DATED: July 18, 2013
                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                    By: /s/ R. Steven Lapham
                                        R. STEVEN LAPHAM
                                        Assistant U.S. Attorney


DATED: July 18, 2013              s/ Paul Q. Goyette
                                        PAUL Q. GOYETTE
                                        Goyette & Associates, Inc.
                                        Counsel for Bryan Robert Benson

1

<u>O R D E R</u>

IT IS SO ORDERED.

                                        /s/ Carolyn K. Delaney
                                        HON. CAROLYN K. DELANEY
                                        United States Magistrate Judge

2