BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


JOCELYN SAMUELS
Acting Assistant Attorney General
CHIRAAG BAINS
Trial Attorney
Civil Rights Division
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004
Telephone: (202) 514-5259

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-0423 GEB |
| Plaintiff, | STATEMENT OF NON-OPPOSITION; STIPULATION; AND [PROPOSED] ORDER REGARDING TRIAL SCHEDULE |
| v. | |
| BRYAN ROBERT BENSON, | |
| Defendant. | |

## I.      STATEMENT OF NON-OPPOSITION

The trial in this matter is scheduled for March 25, 2014.  The defendant has filed a motion to continue the trial.  C.R. 47.

In light of the trial schedule of defense counsel, as set forth in the motion to continue, the United States does not oppose a short continuance to allow defense counsel adequate time to prepare.  Although the public and the victim also retain an interest in a speedy trial, a short continuance seems appropriate in this case.

NON-OPPOSITION, STIPULATION AND
PROPOSED ORDER

1

## II. STIPULATION

The United States and the defendant, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

The trial in this case is currently set for March 25, 2014.

The parties jointly request that the trial date be vacated and trial be set to commence June 10, 2014. The parties request a trial confirmation hearing be set for May 23, 2014.

The time between March 25, 2014, and June 10, 2014, should be excluded from the period of time within which a trial must be conducted under the Speedy Trial Act because the delay is made at the request of the defendant, with the agreement of the government, to allow defense counsel adequate time to prepare. 18 U.S.C. § 3161(h)(1)(b)(7) and Local Code T4.

The parties have conferred with the Court's courtroom deputy clerk, and understand that a trial date of June 10, 2014, is available and is consistent with the parties' best estimate of the time that trial will last.

Dated: February 20, 2014                           BENJAMIN B. WAGNER
                                                   United States Attorney

                                              By:  /s/ MATTHEW G. MORRIS
                                                   MATTHEW G. MORRIS
                                                   Assistant United States Attorney

Dated: February 20, 2014

                                              By:  /s/ PAUL GOYETTE
                                                   PAUL GOYETTE
                                                   Goyette and Associates
                                                   Counsel for Defendant Bryan Benson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>BRYAN ROBERT BENSON,<br><br>                Defendant. | CASE NO. 2:12-CR-0423 GEB<br><br>[PROPOSED] ORDER RE: TRIAL DATE |

This matter comes before the Court on a Stipulation and Proposed Order regarding the setting of a trial date. Based on the stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** that

1. The trial date of March 25, 2014, and the Trial Confirmation Hearing of March 7, 2014, are hereby vacated.

2. The trial in this case is set for June 10, 2014.

3. A Trial Confirmation Hearing is set for May 23, 2014, at 9:00 a.m.

4. The time between March 25, 2014, and June 10, 2014, is excluded from the time period within which a trial must commence under the Speedy Trial Act because the delay is requested by the defense for the purpose of preparation. The ends of justice to be gained by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.
Dated: February 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

NON-OPPOSITION, STIPULATION AND
PROPOSED ORDER

3