1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  JOCELYN SAMUELS
   Acting Assistant Attorney General
7  CHIRAAG BAINS
   Trial Attorney
8  Civil Rights Division
   U.S. Department of Justice
9  601 D Street, NW
   Washington, DC 20004
10 Telephone: (202) 514-5259

11 Attorneys for Plaintiff
   United States of America
12



**FILED**

FEB 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

13             IN THE UNITED STATES DISTRICT COURT

14               EASTERN DISTRICT OF CALIFORNIA

15

16 UNITED STATES OF AMERICA,            CASE NO. 2:12-CR-0423 GEB

17              Plaintiff,             AMENDED STIPULATION AND [~~PROPOSED~~]
                                       ORDER RE: SUBPOENA FOR DOCUMENTS
18       v.

19 BRYAN ROBERT BENSON,

20              Defendant.

21       The United States and the defendant, by and through their respective undersigned counsel,

22 hereby stipulate and agree as follows:

23       1. On August 6, 2013, the defendant in the above-captioned sexual assault case filed a motion

24 for issuance of a subpoena *duces tecum* directed to the Custodian of Records, Shasta County Superior

25 Court. The subpoena would direct the Custodian to produce cell phone records of the victim that came

26 into the court's possession in response to a subpoena issued in the state case involving the same

27 defendant and conduct.

28

1      2. The parties agree that this court should issue the requested subpoena and direct that any

2  documents responsive to the subpoena be delivered to this Court for *in camera* review to determine, in

3  the first instance, whether the documents contain any relevant and admissible evidence.

4      3. The parties further agree that this Court need only produce the documents to the parties if it

5  concludes that they contain relevant and admissible evidence and that, in that event, the Court should

6  produce the documents to the parties subject to a protective order restricting dissemination of the

7  documents to attorneys and necessary support staff.

8      4. The parties further agree that a determination by the Magistrate Judge that any documents

9  should be disclosed to the parties, as described in Paragraph 3 above, is not to be considered a

10  dispositive ruling on the relevance or admissibility of the documents or information contained therein in

11  the trial of this case or in any other judicial proceeding. Any such ultimate question of relevance or

12  admissibility would be reserved to the United States District Judge presiding over the trial in this matter.

13

14  Dated: February 20, 2014                   BENJAMIN B. WAGNER
                                         United States Attorney

15

16                                By:  /s/ MATTHEW G. MORRIS
                                   MATTHEW G. MORRIS

17                                     Assistant United States Attorney

18  Dated: February 13, 2014

19

20                                By:  /s/ PAUL GOYETTE
                                   PAUL GOYETTE

21                                     Goyette and Associates
                                   Counsel for Defendant Bryan Benson

22

23

24

25

26

27

28

AMENDED STIPULATION AND PROPOSED ORDER            2

1    IN THE UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF CALIFORNIA

3

4    UNITED STATES OF AMERICA,                    CASE NO.  2:12-CR-0423 GEB

5              Plaintiff,                         [PROPOSED] ORDER RE: SUBPOENA FOR
                                                  DOCUMENTS
6          v.

7    BRYAN ROBERT BENSON,

8              Defendant.

9

10         This matter comes before the Court on a Stipulation and Proposed Order regarding the issuance

11   of a subpoena directing the Custodian of Records, Shasta County Superior Court, to produce certain

12   specified cell phone records of the victim in this sexual assault prosecution.  Based on the stipulation of

13   the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** that

14         1.    The requested subpoena shall issue and shall direct the Custodian of Records to send any

15   documents in its possession that are responsive to the subpoena to this Court, rather than to the parties.

16         2.    Upon receipt of the documents the Court will conduct an *in camera* review to determine

17   whether they contain any relevant and potentially admissible evidence, will notify the parties of its findings by

18   written order, and will produce any discoverable documents to the parties subject to a protective order

19   restricting their use.

20

21         IT IS SO ORDERED this *27th* day of *February*, 2014.

22

23

24                                               EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE
25

26

27

28

AMENDED STIPULATION AND PROPOSED              3
ORDER