UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BRYAN ROBERT BENSON,<br><br>            Defendant. | No.  2:12-cr-00423-GEB<br><br>**TRIAL CONFIRMATION ORDER** |

The trial in the above-captioned case, scheduled to commence on June 10, 2014, at 9:00 a.m., was confirmed at the hearing held on May 23, 2014.

### I. EVIDENTIARY DISPUTES

All evidentiary disputes capable of being resolved by in limine motions shall be set forth in such motions no later than 4:30 p.m. on May 28, 2014. Oppositions to the motions or statements of non-opposition shall be filed no later than 4:30 p.m. on June 3, 2014. The parties shall meet and confer concerning their desire to file reply briefs. Should a party decide to file a reply brief, it shall be filed such that the undersigned judge has time to consider it before the hearing on the motions, which is scheduled to commence at 9:00 a.m. on June 6, 2014.

Any reasonably anticipated dispute concerning the admissibility of evidence that is not briefed in an in limine

motion shall be included in trial briefs. E.D. Cal. R. 285(a)(3).

## II. TRIAL PREPARATION

A. No later than five court days before trial, the following documents should be filed:

(1) proposed jury instructions and a proposed verdict form;

(2) proposed voir dire questions to be asked by the Court;

(3) trial briefs; and

(4) a joint statement or joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case.

B. The government's exhibits shall be numbered and eventually marked with stickers provided by the court. Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter with stickers provided by the court. The parties may obtain exhibit stickers by contacting the clerk's office at (916) 930-4000.

C. The parties estimate it will take two weeks to try the case, which includes closing arguments. Each side indicated ten (10) minutes is sufficient for voir dire, which may be used after the judge completes judicial voir dire. The "struck jury" system will be used to select the jury. Two (2) alternate jurors will be empaneled. The Jury Administrator randomly selects potential jurors and places their names on a list that will be provided to each party in the numerical sequence in which they were randomly selected. Each juror will be placed in his or her randomly-selected seat. The first 12 jurors on the list will

constitute the petit jury unless one or more of those 12 is excused for some reason. Assuming that the first listed juror is excused, the thirteenth listed juror becomes one of the twelve jurors.

The parties agreed that once the jury is sent to the jury deliberation room, the judge may inform the alternate jurors that they may leave the courtroom and engage in whatever daily activities they desire, but are still precluded from discussing the case until they have been discharged from that obligation.

D. It was agreed at the confirmation hearing that each side has up to fifteen (15) minutes to make an opening statement.

IT IS SO ORDERED.

Dated: May 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3