PAUL Q. GOYETTE, SBN 137250
GARL L. LACY, SBN 108444
GOYETTE & ASSOCIATES, INC.
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Telephone: (916) 851-1900
Facsimile:   (916) 851-1995
Email: goyettep@goyette-assoc.com

Attorneys for Defendant
BRYAN BENSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0423-GEB |
| Plaintiff, | (~~PROPOSED~~) ORDER |
| v. | |
| BRYAN BENSON, | |
| Defendant. | |

The court finds that Bryan Robert Benson fulfilled all of his obligations to the Court pursuant to the pretrial release requiring a bond.

THEREFORE, IT IS HEREBY ORDERED, that the Appearance Bond filed April 9, 2013 in the amount of $40,000 secured by real property located in Shasta County is hereby released, and the Clerk of the Court is directed to execute a Substitution of Trustee and Full Reconveyance attached hereto as Exhibit A.  The executed originals shall be forwarded to counsel for Defendant, Paul Q. Goyette, for recordation.

IT IS FURTHER ORDERED that the Appearance Bond Filed April 9, 2013 in the amount of $135,000 secured by real property located in Humboldt County is hereby released, and the Clerk of the Court is directed to execute a Substitution of Trustee and Full Reconveyance attached hereto as Exhibit B. The executed originals shall be forwarded to counsel for Defendant, Paul Q. Goyette, for recordation.

Dated: February 24, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE